UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FELMAN MALVEAUX,

    Plaintiff,

v.                                              Case No: 8:11-cv-286-T-30EAJ

ASTRAZENECA, LP,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Dismissal (Dkt. #20). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed, with each party to bear their own attorney's fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 23rd day of July, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-286 dismiss 20.docx